UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,           )   **ECF CASE**
                                        )
                     Plaintiff,         )
                                        )   07 Civ. 4125 (DLC)
         -against-                      )
                                        )   **AFFIDAVIT OF SERVICE**
TRANSNATIONAL FINANCIAL NETWORK, INC    )
                                        )
                     Defendant.         )
------------------------------------------------------------------x

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

On July 2, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 20, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

> Sharan Johal, Esq.
> Johal & Mohiuddin, LLP
> 101 Montgomery Street
> 27th Floor
> San Francisco, CA 94104

JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
3rd day of July 2007

_____
Notary Public

JONATHAN E. WILSON
Notary Public, State of New York
No. 01WI6091214
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires April 28, 2011