UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
**DB STRUCTURED PRODUCTS, INC.,**         07 Civ. 4125 (ECF)
                                                    (DC)

                            Plaintiff

vs.

**TRANSNATIONAL FINANCIAL NETWORK, INC.,**

                            Defendant.
------------------------------------------------------------------X

### STATEMENT PURSUANT TO RULE 7.1
### OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Transnational Financial Network, Inc. states that it is wholly owned corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  Suffern, New York
           July 19, 2007

                                          Michael A. DiChiaro, P.C.

                                          By: _____
                                              Michael A. DiChiaro (MAD 8686)
                                          Attorneys for Defendant
                                          Transnational Financial Network, Inc.
                                          One Executive Boulevard
                                          Suite 201
                                          Suffern, New York 10901
                                          (845) 368-9797