UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

                          Plaintiff,

-against-

TRANSNATIONAL FINANCIAL NETWORK, INC

                          Defendant.
------------------------------------------------------------------x

**ECF CASE**

07 Civ. 4125 (DLC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

      JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

      On July 27, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 20, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

                              Michael A. DiChiaro, Esq.
                              Michael A. DiChiaro, P.C.
                              One Executive Boulevard, Suite 201
                              Suffern, New York 10901

                              _____
                              JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
27th day of July 2007

_____
Notary Public
NOTARY PUBLIC, State of New York
No. 01LE50225914
Qualified in Kings County
Commission Expires April 4, 2010