```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DB STRUCTURED PRODUCTS, INC.,        :
                                     :    07 CIV. 4106 (DLC)
            Plaintiff,               :    (KNF)*
                                     :
        -v-                          :
                                     :         ORDER OF
MORTGAGE CORPORATION OF AMERICA, INC.,:    REFERENCE TO A
d/b/a ZONE FUNDING,                  :    MAGISTRATE JUDGE
            Defendant.               :
-------------------------------------:
DB STRUCTURED PRODUCTS, INC.,        :
                                     :    07 CIV. 4109
            Plaintiff,               :
                                     :
        -v-                          :
                                     :
BALTIMORE AMERICAN MORTGAGE          :
CORPORATION, INC.,                   :
            Defendant.               :
-------------------------------------:
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
            Plaintiff,               :    07 CIV. 4115
                                     :
        -v-                          :
                                     :
FIRST CAPITAL MORTGAGE CORP.,        :
                                     :
            Defendant.               :
-------------------------------------:
DB STRUCTURED PRODUCTS, INC.,        :
                                     :    07 CIV. 4116
            Plaintiff,               :
                                     :
        -v-                          :
                                     :
ACT LENDING CORPORATION,             :
                                     :
            Defendant.               :
-------------------------------------:
DB STRUCTURED PRODUCTS, INC.,        :
                                     :
            Plaintiff,               :    07 CIV. 4118
                                     :
        -v-                          :
                                     :
COMMONSENSE MORTGAGE CORPORATION, INC.,:
                                     :
            Defendant.               :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/07

1

---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :    07 CIV. 4119
                                         :
         -v-                             :
                                         :
LENDER, LTD.,                            :
                    Defendant.           :
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :    07 CIV. 4120
                                         :
         -v-                             :
                                         :
MARIBELLA MORTGAGE, LLC,                 :
                                         :
                    Defendant.           :
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :    07 CIV. 4121
                                         :
         -v-                             :
                                         :
LANCASTER MORTGAGE BANKERS, LLC,         :
                                         :
                    Defendant.           :
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :    07 CIV. 4122
                    Plaintiff,           :
                                         :
         -v-                             :
                                         :
GREAT NORTHERN FINANCIAL GROUP, INC.,    :
                                         :
                    Defendant.           :
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :    07 CIV. 4123
                                         :
         -v-                             :
                                         :
INVESTAID CORPORATION,                   :
                                         :
                    Defendant.           :
---------------------------------------- :

```
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :   07 CIV. 4124
                                         :
        -v-                              :
                                         :
CAMERON FINANCIAL GROUP, INC.,           :
                                         :
                    Defendant.           :
-------------------------------------    :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :   07 CIV. 4125  ←
                                         :
        -v-                              :
                                         :
TRANSNATIONAL FINANCIAL NETWORK, INC.,   :
                                         :
                    Defendant.           :
-------------------------------------    :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :   07 CIV. 4126
                                         :
        -v-                              :
                                         :
BAYROCK MORTGAGE CORPORATION,            :
                                         :
                    Defendant.           :
-------------------------------------    :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :   07 CIV. 4127
                                         :
        -v-                              :
                                         :
IFREEDOM DIRECT CORPORATION, f/k/a NEW   :
FREEDOM MORTGAGE CORPORATION,            :
                                         :
                    Defendant.           :
-------------------------------------X
```

DENISE COTE, District Judge:

 The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |

3

| | | | |
|---|---|---|---|
| ___ | Specific Non-Dispositive Motion/Dispute* | _____ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | | Purpose: _____ |
| | _____ _____ | | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| X | Settlement* | _____ | Social Security |
| ___ | Inquest After Default/Damages Hearing | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ _____ _____ |

\*    Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:    New York, New York
          August 10, 2007

/s/ Denise Cote
DENISE COTE
United States District Judge