```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DB STRUCTURED PRODUCTS, INC.

          Plaintiff,

-against-

TRANSNATIONAL FINANCIAL NETWORK, INC.

          Defendant.

ECF CASE

07 Civ. 4125 (DLC)

**STIPULATION AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel that Defendant's time to answer or otherwise move against the Complaint is extended to and including July 20, 2007.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** by and between undersigned counsel that Plaintiff's time to reply or otherwise move against Defendant's Counterclaims is extended to and including August 22, 2007.

THACHER PROFFITT & WOOD LLP

By: _____
John P. Doherty (JD-3275)
Richard F. Hans (RH-0110)
Kerry Ford Cunningham (KF-1825)
Brendan E. Zahner (BZ-8645)
Attorneys for Plaintiff
Two World Financial Center
New York, New York 10281
(212) 912-7400

MICHAEL A. DICHIARO, P.C.

By: _____ (with permission)
Michael A. DiChiaro (MAD-8686)
Attorneys for Defendant
One Executive Boulevard
Suite 201
Suffern, New York 10901
(845) 368-9797

SO ORDERED:

_____
U.S.D.J.
August 20, 2007