UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.,                     :

           Plaintiff,                                          :

           -against-                                          :
                                                 **ORDER**
MORTGAGE CORP. OF AMERICA, INC.,                  :    07 Civ. 4106 (DLC)(KNF)
d/b/a/ ZONE FUNDING,
                                                :

           Defendant.
------------------------------------------------------------ :
DB STRUCTURED PRODUCTS, INC.,                     :

           Plaintiff,                                          :

           -against-                                          :

                                               :    07 Civ. 4109  (DLC)(KNF)
BALTIMORE AMERICA MORTGAGE CORP.,
INC.,                                             :

           Defendant.                                        :
-------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                     :

           Plaintiff,                                          :

           -against-                                          :

                                               :    07 Civ. 4115 (DLC)(KNF)
FIRST CAPITAL MORTGAGE CORP.,                     :

           Defendant.                                        :
-------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED  09/26/07


---------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                          :

           Plaintiff,                                  :

          -against-                                      :

                                                  07 Civ. 4116 (DLC)(KNF)

PRAJNA GROUP, INC. d/b/a LIBERTY             :
MORTGAGE FUNDING,
                                       :

           Defendant.
---------------------------------------------------------------    :
DB STRUCTURED PRODUCTS, INC.,                          :

           Plaintiff,                                  :

          -against-                                      :
                                                 07 Civ. 4117 (DLC)(KNF)
ACT LENDING CORP.,                                         :

           Defendant.                                :
---------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                          :

           Plaintiff,                                  :

          -against-                                      :
                                                 07 Civ. 4118 (DLC)(KNF)
COMMONSENSE MORTGAGE CORP., INC.,         :

           Defendant.                                :
---------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                          :

           Plaintiff,                                  :

          -against-                                      :
                                                 07 Civ. 4119 (DLC)(KNF)
LENDER, LTD.,                                                   :
           Defendant.                                :
---------------------------------------------------------------

| | | |
|---|---|---|
| ------------------------------------------------------------ | | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| Plaintiff, | : | |
| -against- | : | 07 Civ. 4120 (DLC)(KNF) |
| MARIBELLA MORTGAGE, LLC, | : | |
| Defendant. | : | |
| ------------------------------------------------------------ | | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| Plaintiff, | : | |
| -against- | : | 07 Civ. 4121 (DLC)(KNF) |
| LANCASTER MORTGAGE BANKERS, LLC, | : | |
| Defendant. | : | |
| ------------------------------------------------------------ | | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| Plaintiff, | : | |
| -against- | : | 07 Civ. 4122 (DLC)(KNF) |
| GREAT NORTHERN FINANCIAL GROUP, INC., | : | |
| Defendant. | : | |
| ------------------------------------------------------------ | | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| Plaintiff, | : | |
| -against- | : | 07 Civ. 4123 (DLC)(KNF) |
| INVESTAID CORPORATION, | : | |
| Defendant. | : | |
| ------------------------------------------------------------ | | |

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                Plaintiff,                 :

        -against-                          :
                                                    07 Civ. 4124 (DLC)(KNF)
CAMERON FINANCIAL GROUP, INC.              :

                Defendant.                 :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                Plaintiff,                 :

        -against-                          :
                                                    07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FIN. NETWORK, INC.,          :

                Defendant.                 :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                Plaintiff,                 :

        -against-                          :
                                                    07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,              :

                Defendant.                 :
------------------------------------------------------------ X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that:

(1)   settlement conferences shall be held in courtroom 20A, 500 Pearl Street, New York, New York, with the plaintiff, and the following defendants, on the dates identified below:

    A. First Capital Mortgage Corp.
       November 12, 2007, at 10:30 a.m.,

    B. Bayrock Mortgage Corp.
       November 12, 2007, at 2:30 p.m.,

    C. Baltimore America Mortgage Corp.
       November 13, 2007, at 10:30 a.m.,

    D. Lender Ltd.
       November 13, 2007, at 2:30 p.m.,

    E. Cameron Financial Group, Inc.
       November 15, 2007, at 10:30 a.m.,

    F. Prajna Group, Inc.
       (d/b/a Liberty Mortgage Funding)
       November 15, 2007, at 3:00 p.m.,

    G. Transnational Financial Network, Inc.
       December 4, 2007, at 2:30 p.m.,

    H. Great Northern Financial Group, Inc.
       December 5, 2007, at 10:30 a.m.,

    I. Maribella Mortgage, LLC
       February 4, 2008, at 10:30 a.m.,

    J. Lancaster Mortgage Bankers, LLC
       February 5, 2008, at 10:30 a.m.; and

(2)     the parties shall review the Settlement Procedures under which the conferences will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six of the Procedures. The Settlement Procedures may be accessed on the Court's website at:

http://www1.nysd.uscourts.gov/judge_info.php?id=63; and

(3)     at least ten days prior to the respective settlement conference dates, the appropriate parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should any of the above-noted parties resolve their litigation prior to the settlement conference, those parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York
       September 26, 2007

SO ORDERED:

*[signature]*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE