UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>TRANSNATIONAL FINANCIAL NETWORK, INC.,<br><br>　　　　　　　　　Defendant. | ECF Case<br><br>Civ. No. 07 CV 4125 (DLC)<br><br>**NOTICE OF PLAINTIFF'S MOTION TO CHANGE DEFENDANT'S NAME ON CASE PLEADINGS** |

TO:   DEFENDANT

PLEASE TAKE NOTICE that upon the accompanying Affidavit of Christopher A. Lynch, Plaintiff DB Structured Products, Inc. will move this Court before the Honorable Denise Cote at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 11B, New York, New York, at a date and time to be determined by the Court, for an order changing the name of the Corporate Defendant from "TRANSNATIONAL FINANCIAL NETWORK, INC." to "TELAVA NETWORKS, INC."  so that the case pleadings reflect the properly named corporate entity that is, and remains, the Defendant in this case.

PLEASE TAKE FURTHER NOTICE that any opposition and reply papers shall be served pursuant to Local Rule 6.1(b).

Dated: New York, New York
       February 21, 2008

**THACHER PROFFITT & WOOD LLP**

By:    /s/ John P. Doherty
　　　John P. Doherty (jdoherty@tpw.com)
　　　Richard F. Hans (rhans@tpw.com)
　　　Brendan E. Zahner (bzahner@tpw.com)
　　　Christopher A. Lynch (clynch@tpw.com)
　　　　Attorneys for Plaintiff
　　　　Two World Financial Center
　　　　New York, New York  10281
　　　　(212) 912-7400