UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DB STRUCTURED PRODUCTS, INC.,

              Plaintiff,

    -against-

TRANSNATIONAL FINANCIAL NETWORK, INC.,

              Defendant.

**ECF Case**

Civ. No. 07 CV 4125 (DLC)

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO CHANGE DEFENDANT'S NAME ON CASE PLEADINGS**

---

**STATE OF NEW YORK**   )
                  ) ss
**COUNTY OF NEW YORK** )

    I, CHRISTOPHER A. LYNCH, being duly sworn, deposes and says:

    1.    I am an attorney admitted to practice in this Court and am an associate with the law firm Thacher Proffitt & Wood LLP, attorneys for DB Structured Products, Inc. ("Plaintiff"). Unless otherwise noted, I have personal knowledge of the facts set forth herein.

    2.    I submit this affidavit in support of Plaintiff's motion to change corporate Defendant's name on the case pleadings so that the case pleadings reflect the properly named corporate entity that is, and remains, the Defendant in this case.

    3.    On May 25, 2007, the above-captioned action (the "Action") was commenced with the filing of the Complaint.

    4.    On July 20, 2007, defendant Transnational Financial Network, Inc. ("Transnational" or "Defendant", and together with the Plaintiff, the "Parties") filed its Answer with Counterclaims.

    5.    Upon information and belief, Transnational purchased "Telava Networks, Inc.", a Nevada corporation ("Telava"), pursuant to an Agreement and Plan of Reorganization dated

August 2, 2007 (the "Agreement").  Attached hereto as Exhibit A is a true and correct copy of the Agreement which was attached as Exhibit 10.1 to the Form 8-K filed with the Securities and Exchange Commission ("SEC") on or about August 6, 2007.

6.      Upon information and belief, on or about November 7, 2007, Transnational provided to holders of the common stock of Transnational an "Information Statement" wherein such shareholders were informed that stockholders holding a majority of the voting power of Transnational had approved an amendment to Transnational's Articles of Incorporation to change the name of the company to "Telava Networks, Inc."  Attached hereto as Exhibit B is a true and correct copy of the Information Statement as filed with the SEC on or about November 7, 2007.

7.      Upon information and belief, Defendant amended its Articles of Incorporation to change its name to Telava Networks, Inc.  Attached hereto as Exhibit C is Defendant's Form 10-QSB for the reporting period ending October 31, 2007 that was filed with the SEC on or about December 21, 2007 (the "Financial Statement").  At Note 1 of the Financial Statement, Defendant states that its name has been changed to Telava Networks, Inc.

[remainder of page intentionally blank]

WHEREFORE,

Affiant respectfully asks for an Order directing the Parties and the Clerk of the Court to

utilize the following amended caption on any and all pleadings, motions or other filings in this

Action so as to reflect properly the Defendant in this case:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>TELAVA NETWORKS, INC. f/k/a TRANSNATIONAL FINANCIAL NETWORK, INC.,<br><br>Defendant. | **ECF Case**<br><br>Civ. No. 07 CV 4125 (DLC) |

CHRISTOPHER A. LYNCH

Sworn to before me this
21st day of February, 2008

Notary Public

JONATHAN E. WILSON
Notary Public, State of New York
No. 01WI6091214
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires April 28, 2011

3