# MICHAEL A. DICHIARO
### ATTORNEY AT LAW
### ONE EXECUTIVE BOULEVARD
### SUITE 201
### SUFFERN, NEW YORK 10901

---

### 845-368-9797
### 845 357-3333 (fax)

---

### A PROFESSIONAL CORPORATION
March 10, 2008

Honorable Denise Cote
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

    **Re: 07 CV 4125**
         **DB Structured Products, Inc. v. Transnational Financial Network, Inc.**

Dear Judge Cote:

    I am counsel to the Defendant, Transnational Financial Network, Inc. ("Transnational") in the above-referenced action. Recently, Plaintiff's moved to modify the caption to change the name of the Defendant from Transnational to Telava Networks, Inc. Plaintiff's notice does not state a return date for the motion.

    Plaintiff's counsel has consented to extend Defendant's time to oppose the motion until March 14, 2008.

                                Respectfully,

                                  Michael A. DiChiaro

cc:    Brendan E. Zahner, Esq.
        Christopher Lynch, Esq. (By Fax (212) 912-7751)