UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.,            07 Civ. 4125 (ECF)
                                         (DC)

                                         STIPULATION

                Plaintiff

        vs.


TRANSNATIONAL FINANCIAL NETWORK, INC..,

                Defendant.
------------------------------------------------------------X

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the

undersigned, the attorneys of record for the parties in the above-entitled action, that the

time for Defendant, Transnational Financial Network, Inc., to respond or otherwise

oppose the Plaintiff's motion to change the caption shall be extended until and including

March 14, 2008.


Dated: New York, New York
       March // , 2008

Michael A. DiChiaro, P.C.              Thacher Proffitt & Wood LLP

By:_____           By: /s/ John P. Doherty (CA)
Michael A. DiChiaro (MAD 8686)         John P. Doherty (JD       )
Attorneys for Defendant                Attorneys for Plaintiff
Transnational Financial Network, Inc.  DB Structured Products, Inc.
One Executive Boulevard                Two World Financial Center
Suite 201                              New York, New York 10281
Suffern, New York 10901                (212) 912-7400
(845) 368-9797