(ofe,5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> TRANSNATIONAL FINANCIAL NETWORK, INC., <br><br> Defendant. | ECF Case <br><br> Civ. No. 07 CV 4125 (DLC) <br><br> **STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that whereas the Defendant in the above captioned litigation has changed its name to Telava Networks, Inc., a California corporation, that the caption in this matter be amended to reflect the correct name of the Defendant and shall read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> TELAVA NETWORKS, INC., a California corporation, f/k/a TRANSNATIONAL FINANCIAL NETWORK, INC., <br><br> Defendant. | ECF Case <br><br> Civ. No. 07 CV 4125 (DLC) |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

So ordered.

*[signature]*
April 16, 2008

Dated: April 15, 2008

| THACHER PROFFITT & WOOD LLP | MICHAEL A. DICHIARO, P.C. |
|---|---|
| By: _____ <br> John P. Doherty <br> Brendan E. Zahner <br> *Attorneys for Plaintiff* | By: _____ <br> Michael A. DiChiaro <br><br> *Attorneys for Defendant* |
| Two World Financial Center <br> New York, New York 10281 <br> (212) 912-7400 | One Executive Boulevard, Suite 201 <br> Suffern, New York 10901 <br> (845) 368-9797 |

SO ORDERED:

_____
The Honorable Denise L. Cote, U.S.D.J.