```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DB STRUCTURED PRODUCTS, INC.,            :
                    Plaintiff,           :   07 Civ. 4122(DLC)
         -v-                             :
                                         :        ORDER
GREAT NORTHERN FINANCIAL GROUP, INC.,    :
                    Defendant.           :
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                    Plaintiff,           :
         -v-                             :
                                         :
TELAVA NETWORKS, INC., a California      :   07 Civ. 4125(DLC)
corporation, f/k/a TRANSNATIONAL         :
FINANCIAL NETWORK, INC.,                 :
                    Defendant.           :
----------------------------------------X
```

DENISE COTE, District Judge:

A Pretrial Scheduling Order was issued on April 11, 2008, establishing June 16, 2008, as the trial date in the two above-captioned actions. By letter dated May 16, 2008, the parties informed the Court that a settlement in principal had been reached. At a conference held on June 16, 2008, the parties informed the Court that settlement documents had not yet been finalized in either of these actions. Upon application of the plaintiff, and without objection by the defendants, it is hereby

ORDERED that these actions are dismissed without prejudice.

SO ORDERED:

Dated:   New York, New York
         June 16, 2008

/s/ Denise Cote
DENISE COTE
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08